UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SHEPARD,<br><br>                    Plaintiff,<br><br>             v.<br><br>ABM INDUSTRY GROUPS, LLC, et al.,<br><br>                    Defendants. | Case No.   1:21-cv-00411-DAD-EPG<br><br>ORDER RE: JOINT STATUS REPORT, CONTINUING STATUS CONFERENCE<br><br>(ECF No. 8) |

      This matter is before the Court on the parties' joint status report in advance of the status conference set for December 6, 2021. (ECF No. 8). The parties report that they attended a mediation on November 30, 2021, and, while they did not reach a settlement, they are evaluating a mediator's proposal. In light of the parties' current settlement efforts, they request a 14-day continuance, or a brief continuance to a date preferred by the Court, of the mid-discovery status conference set for December 6, 2021.

      Upon review of the parties' joint request to continue the mid-discovery status conference, IT IS ORDERED that the December 6, 2021 status conference is continued to January 4, 2022, at 10 a.m. The parties are reminded to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov. (*See* ECF No. 7). For telephonic participation, the parties are directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

Should the parties reach a settlement in the interim, they are directed to file the appropriate notice required under Local Rule 160(a).

IT IS SO ORDERED.

Dated:     **December 1, 2021**                    /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE