UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SHEPARD,<br><br>Plaintiff,<br><br>v.<br><br>ABM INDUSTRY GROUPS, LLC, et al.,<br><br>Defendants. | Case No.   1:21-cv-00411-DAD-EPG<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(ECF No. 16) |

On March 14, 2022, the parties filed a joint stipulation for dismissal with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 16). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 15, 2022**                          /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

1